IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff/Respondent,

v.                                        No. CV 12-0685 JH/LAM
                                              CR 09-0871 JH

JOHN LERMA,

      Defendant/Movant.

## ORDER

**THIS MATTER** is before the Court on Defendant/Movant's motion to vacate, set aside, or correct sentence (*CV Doc. 1; CR Doc. 87*) and motion to proceed *in forma pauperis* (*CV Doc. 2*). It appears from the record that Defendant has previously been found indigent (*CR Doc. 10*), and thus his motion to proceed *in forma pauperis* is moot. Pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts, the Court will order the United States to answer Defendant/Movant's motion to vacate, set aside, or correct sentence (*CV Doc. 1; CR Doc. 87*).

**IT IS THEREFORE ORDERED** that Defendant/Movant's motion to proceed *in forma pauperis* (*CV Doc. 2*) is **DENIED as moot**;

**IT IS FURTHER ORDERED** that the Clerk is directed to forward to the United States of America a copy of Defendant's motion to vacate, set aside, or correct sentence (*CV Doc. 1; CR Doc. 87*) and supporting papers and exhibits, if any, together with a copy of this order.

**IT IS FURTHER ORDERED** that the United States answer Defendant/Movant's motion to vacate, set aside, or correct sentence (*CV Doc. 1; CR Doc. 87*) **within twenty-three days of entry of this order**.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**