# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff/Respondent,

v.                                       No. CV 12-0685 JH/LAM
                                                 CR 09-0871 JH

JOHN LERMA,

       Defendant/Movant.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS

**THIS MATTER** is before the Court on Defendant/Movant's *Motion for Extension of Time to File Objections (Doc. 19)*, filed March 11, 2013.  Defendant/Movant asks for an additional thirty (30) days in which to file objections to the ***Proposed Findings and Recommended Disposition (Doc. 12)*** (hereinafter, "PF&RD"), because he states that he needs time to research the law and that the additional time will not prejudice the Government.  [*Doc. 17* at 1].  The Court notes that Defendant/Movant has already received one extension of time to file objections to the PF&RD because he was in transit from one facility to another and did not receive a copy of the PF&RD, and that Defendant/Movant's objections were due March 11, 2013.  *See* [*Doc. 18*].  The Court will grant ***one more*** extension of time for Defendant/Movant to file objections to the PF&RD.  ***Any further requests for an extension of time will be denied absent a showing of exceptional circumstances***.

      **IT IS THEREFORE ORDERED** that Defendant/Movant's ***Motion for Extension of Time to File Objections (Doc. 19)*** is **GRANTED** and Defendant/Movant may file objections to the PF&RD on or before **April 10, 2013**.

**IT IS SO ORDERED.**

LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE